UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION



00 NOV 16 PM 3:56

CLA........  ,uDOX
CLERK U S DIST. CT.
S.D. OF FLA - MIA

BURGER KING CORPORATION

    Plaintiff,

vs.

    CASE NUMBER 00-1804-CIV-GOLD

ASHLAND EQUITIES, INC.
REINOLD T. BELLE
ROBERT E. CLARKE

**DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION TO DISMISS**

    Defendants.
_____/

    Defendants, ASHLAND EQUITIES, INC., REINOLD T. BELLE, and ROBERT E. CLARKE, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 12(a), hereby file this Reply to Plaintiff BURGER KING CORPORATION's Response to Defendant's Motion to Dismiss, and state as follows:

    Despite the vitriolic tone of Plaintiff's response to Defendants' Motion to Dismiss, the fact remains that Plaintiff failed to comply with Federal Rule of Civil Procedure 4(m) in its attempts to effectuate service of process on Defendants.

    Rule 4(m) clearly states that the court shall dismiss an action if service of the summons and complaint is not made upon the Defendants within 120 days after the filing of the complaint.

    Here, it is not disputed by Burger King that it failed to effect service on the Defendants within the 120-day time limit. In addition, and regardless of what may have transpired during the conversations between Plaintiff's counsel and Kentucky counsel for Defendants, Plaintiff never sought leave from the Court under Rule 4 to serve Defendants beyond the 120-day time limit. Therefore, Defendant's Motion to Dismiss should be granted as a matter of law.

ZARCO & PARDO, P.A. ATTORNEYS AT LAW, INTERNATIONAL PLACE, 100 S.E. 2ND STREET, 27TH FLOOR, MIAMI, FLORIDA 33131 (305) 374-5418

**WHEREFORE**, Defendants ASHLAND EQUITIES, INC, REINOLD T. BELLE, and ROBERT E. CLARKE respectfully request that this Honorable Court grant their Motion to Dismiss Plaintiff's Complaint for Failure to Obtain Service of Process.

Respectfully submitted,

ZARCO & PARDO, P.A.
Counsel for Defendants
Bank of America Tower
100 Southeast Second Street
Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418

By: _____
ROBERT ZARCO
Florida Bar No. 502138
ROBERT M. EINHORN
Florida Bar No. 8581888

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 16th day of November, 2000 via U.S. Mail to: Michael Joblove, Esq., Dennis Leone, Esq., and Amanda Jason, Esq., Attorneys for Plaintiff, GENOVESE LICHTMAN JOBLOVE & BATTISTA, 100 Southeast Second Street, 36th Floor, Miami, Florida 33131.

BY: _____
ROBERT M. EINHORN

Page 2